IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DARRION J. TOMPERT,

      Petitioner,

v.

                                   Case No.     5D22-1127
                                   LT Case No. 2022-30451-CICI

STATE OF FLORIDA,

      Respondent.
_____/

Decision filed December 20, 2022

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Darrion J. Tompert, Wewahitchka, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney    Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Respondent.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.